IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LORILLARD LICENSING COMPANY, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:07CV398 |
| KRETEK INTERNATIONAL and PHILLIPS & KING INTERNATIONAL, | ) ) ) | |
| Defendants. | ) | |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**
**FOR FAILURE TO OBTAIN SERVICE**

The record in this action not indicating that plaintiff has obtained service upon defendants within 120 days after filing of the complaint, and plaintiff, after notice, not having demonstrated good cause why such service was not made within the period, this action is dismissed without prejudice.

**SO ORDERED.**

This the 29th day of November, 2007.

_____
United States District Court Judge